IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| RONALD MILLS ADAMS, ADC#115324 | * * * | |
| Plaintiff | * * | |
| v. | * * | Case No. 4:05CV1720GH/JFF |
| GARLAND COUNTY DETENTION CENTER, *et al.* | * * * | |
| Defendants | * | |

## ORDER

Plaintiff, an inmate held in the Cummins Unit of the Arkansas Department of Correction, filed this action on November 14, 2005. All of the Defendants are located in Hot Springs, Arkansas, which is in the Western District of Arkansas, and the events that give rise to the Complaint occurred while Plaintiff was confined in Garland County. Pursuant to 28 U.S.C. Section 1391(b), the Court finds that venue is improper in this district, and pursuant to 28 U.S.C. Section 1406, the case should be transferred to the Western District of Arkansas.

IT IS THEREFORE ORDERED that this matter be transferred to the Western District of Arkansas, Hot Springs Division. The Clerk is directed to immediately forward the file to the Western District along with any pending motions or pleadings submitted for filing as of the date of this Order.

DATED this 7th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE